JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDEFINED TRANSPORTATION, INC., | CV 21-1926 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| MARINE CARGO LINE LLC, | |
| Defendant. | |

Pursuant to the Court's December 6, 2021 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 6, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE